UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:23-MJ-00028-SKO |
| Plaintiff, | ) ORDER UNSEALING COMPLAINT AND CASE |
| v. | ) |
| | ) **UNSEALING ORDER** |
| EVAN MOORE, | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-mentioned case be unsealed.  IT IS FURTHER

ORDERED that the Complaint and arrest warrant issued in this case be unsealed.

IT IS SO ORDERED.

Dated:   **April 5, 2023**

_____

UNITED STATES MAGISTRATE JUDGE