Roberto R. Dulce, BAR # 168910
Attorney at Law
2014 Tulare St., Suite 633
Fresno, CA 93721
Telephone: (559) 214-0320

Attorney for Defendant Evan Eugene Moore

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-CR-00077-ADA-BAM |
| Plaintiff, | |
| | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| EVAN EUGENE MOORE, | |
| Defendant. | |

Pursuant to Fed.R. Crim.P.43(b)(3), Defendant Evan Eugene Moore, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Roberto R. Dulce, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: June 5, 2023

_____
Roberto R. Dulce, Attorney for
Defendant Evan Eugene Moore

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED

Dated: June 5, 2023

/s/ Barbara A. McAuliffe
_____
Hon. Barbara McAuliffe
United States Magistrate Judge
Eastern District of California