PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00077-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EVAN MOORE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to suppress on June 5, 2023.

2. By previous order, this matter was set for Status Conference on June 14, 2023.

3. By this stipulation, defendant now moves to continue the status conference currently scheduled on June 14, 2023, at 1:00 p.m. to August 9, 2023.

4. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate the motion briefing schedule be set as follows:

        Government's opposition due:    **July 3, 2023**

        Defense replies due:    **Declined to File**

Hearing on motions **July 17, 2023**

5. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, shall be excluded on the following bases:

    a) The government has represented that the discovery associated with this case includes reports, videos, photographs, and the recorded statement of the defendant. All of this discovery has been produced directly to counsel and/or made available for inspection.

    b) Counsel for defendant requires additional time to review discovery, consult with his client, conduct necessary investigation, conduct settlement negotiations, and draft the reply to the government's opposition. Counsel for defendant believes that failure to grant a continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    c) The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

    d) Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (iv), time shall be excluded in the interest of justice from June 14, 2023 up to August 9, 2023, to permit review of discovery, investigation, drafting and filing of motions and hearing on the motions, settlement negotiations and preparation for trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 6, 2023                                  PHILLIP A. TALBERT
                                                                      United States Attorney


                                                                      /s/ ANTONIO J. PATACA
                                                                      ANTONIO J. PATACA
                                                                      Assistant United States Attorney


Dated:  June 6, 2023                                  /s/ ROBERTO DULCE
                                                                      ROBERTO DULCE
                                                                      Counsel for Defendant
                                                                      EVAN MOORE


## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The motion briefing schedule be set as follows:

| | |
|---|---|
| Government's opposition due: | **July 3, 2023** |
| Defense replies due: | **Declined to File** |
| Hearing on motions | **July 17, 2023 at 8:30 am** |
| | **before District Judge Ana de Alba** |

IT IS SO ORDERED.

Dated:   **June 6, 2023**                         /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                             3