PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00077-ADA-BAM |
| Plaintiff, | STIPULATION STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| EVAN MOORE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on November 8, 2023.

2. By this stipulation, defendant and the government now move to continue the status conference currently scheduled on November 8, 2023, at 1:00 p.m. to December 13, 2023.

3. Time under the Speedy Trial Act has already been excluded up to and including November 27, 2023, at which time the Court will conduct an evidentiary hearing on the defendant's motion to suppress.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated: November 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 1, 2023

/s/ ROBERTO DULCE
ROBERTO DULCE
Counsel for Defendant
EVAN MOORE

## **ORDER**

IT IS SO ORDERED that the status conference is continued from November 8, 2023, to **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **November 2, 2023**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE